David A. Veljovich (SB#190856)
VELJOVICH LAW GROUP
1901 Camino Vida Roble, Suite 202
Carlsbad, CA 92008
Telephone: (760) 585-9260
Facsimile:  (760) 585-9265

Attorneys for Plaintiff PATRICK PORTER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK K. PORTER,<br><br>    Plaintiff<br><br>v.<br><br>DALE ANN SPRINGER, an individual; BRUCE SPRINGER, an individual; SUZY PRUDDEN, an individual; DR. JIM VIGUE, an individual; DR. TOM HANSON, an individual; LYNETTE OWENS, an individual; MICHAEL GRADY, an individual; NEWREALITY LLC, a California Limited Liability Company; NEWREALITY INC., Nevada Corporation.<br><br>    Defendants<br><br>And related cross-action. | No. C11-00363 SBA<br><br>**STIPULATION AND REQUEST FOR ORDER TO CONTINUE ENE COMPLETION DATE**<br><br><br>Hon. Saundra Brown Armstrong<br>Oakland Courthouse, Courtroom 1<br><br><br>Case Filed: January 25, 2011 |

    COMES NOW *JOINTLY*, PATRICK K. PORTER, DALE ANN SPRINGER, BRUCE SPRINGER, NEWREALITY LLC, NEWREALITY INC., DR. JIM VIGUE, and DR. TOM HANSON who stipulate and move this Court for an Order continuing the Early Neutral Evaluation ("ENE") completion date.

1    This Stipulation and request for Order is made on the following grounds:

2    1.    On August 15, 2011, this case was referred to an ENE, with Michael A. Jacobs, Esq. as evaluator. Pursuant to the Local Rule ENE 5.4 (b), the ENE process must be completed within 90 days, or November 13, 2011.

5    2.    The parties held their initial conference as scheduled by Mr. Jacobs on October 7, 2011. As part of the ENE process, the parties and evaluator have agreed to exchange initial informal discovery, and draft legal briefs on issues pertinent to evaluation of Plaintiff's claims. This process is continuing.

9    3.    In order to allow for the above process to be beneficial for the parties and the evaluator, and to allow for a mutually available time for an ENE conference, the parties and evaluator seek an extension of the deadline to complete the ENE, by 30 days, to December 12, 2011.

13   4.    The undersigned parties stipulate and join in this request for an order granting the extension.

15   5.    The filing counsel (David A. Veljovich) hereby certifies and represents that Ms. Speth and Mr. Martin authorized the signing of their names to this document.

17   / / /

6. The evaluator, Michael Jacobs, also agrees with this request, although not a party to this stipulation and request.

| VELJOVICH LAW GROUP<br><br>By: /s/ David A. Veljovich<br>David A. Veljovich, Esq.<br>Attorneys for PATRICK PORTER | Jaburg & Wilk, P.C.<br><br>By: /s/ Maria Crimi Speth<br>Maria Crimi Speth, Esq.<br>Attorneys for DALE ANN SPRINGER, BRUCE SPRINGER, NEWREALITY LLC, NEWREALITY INC. |
|---|---|
| PATTON MARTIN & SULLIVAN<br><br>By: /s/ Kevin R. Martin<br>Kevin R. Martin, Esq.<br>Attorneys for DR. JIM VIGUE, and DR. TOM HANSON | |

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Date:10/31/11

_Sandra B. Armstrong_
Judge of the U.S. District Court