1  Paul S. Berra, CSB #186675
   **LAW OFFICES OF PAUL S. BERRA**
2  5806 Waring Avenue, Suite 5
   Los Angeles, California  90038
3  Telephone:  (323) 461-9500
   Facsimile:    (323) 461-9501
4  Email:            paul@berra.org

5  Maria Crimi Speth, AZ Bar #012574
   (*Pro Hac Vice*)
6  **JABURG & WILK, P.C.**
   3200 North Central Avenue, Suite 2000
7  Phoenix, Arizona 85012
   Telephone: (602) 248-1089
8  Facsimile:  (602) 248-0522
   Email:        mcs@jaburgwilk.com

10 Attorneys for Defendants
   Dale Ann Springer, Bruce Springer,
11 NewReality, LLC and NewReality, Inc.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| PATRICK K. PORTER, | Case No.:  C 11-00363 SBA |
| Plaintiff, | |
| v. | **ORDER RE:  STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |
| DALE ANN SPRINGER, an individual, et al. | |
| Defendants. | |

Pursuant to the Stipulation to Continue Case Management Conference and good cause shown;

IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for February 22, 2012 is CONTINUED to **April 5, 2012 at 3:00 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint

**ORDER RE:  STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE          C 11-00363 SBA**

15948-1/MCS/DAG/958502_v1

Case Management Conference Statement.  Plaintiff is responsible for filing joint statement no less than seven (7) days prior to the conference date.  The joint statement shall comply with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

IT IS SO ORDERED.

Dated:  2/15/12

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

JABURG & WILK, P.C.
ATTORNEYS AT LAW
3200 NORTH CENTRAL AVENUE
SUITE 2000
PHOENIX, ARIZONA 85012

**ORDER RE:  STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE            C 11-00363 SBA**

2

15948-1/MCS/DAG/958502_v1