| | |
|---|---|
| 1 | Paul S. Berra, CSB #186675 |
| 2 | **LAW OFFICES OF PAUL S. BERRA**<br>5806 Waring Avenue, Suite 5 |
| 3 | Los Angeles, California  90038<br>Telephone:  (323) 461-9500 |
| 4 | Facsimile:    (323) 461-9501<br>Email:          paul@berra.org |

Maria Crimi Speth, AZ Bar #012574
(*Pro Hac Vice*)
**JABURG & WILK, P.C.**
3200 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: (602) 248-1089
Facsimile:  (602) 248-0522
Email:       mcs@jaburgwilk.com

Attorneys for Defendants
Dale Ann Springer, Bruce Springer,
NewReality, LLC and NewReality, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| PATRICK K. PORTER,<br><br>            Plaintiff,<br><br>       v.<br><br>DALE ANN SPRINGER, an individual, et al.<br><br>            Defendants. | Case No.:  C 11-00363 SBA<br><br>**ORDER RE:  STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Pursuant to the Stipulation to Continue Case Management Conference and good cause shown;

IT IS HEREBY ORDERED THAT the Case Management Conference currently scheduled for February 22, 2012 is CONTINUED to **April 5, 2012 at 3:00 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint

**ORDER RE:  STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE          C 11-00363 SBA**

15948-1/MCS/DAG/958502_v1

1  Case Management Conference Statement.  Plaintiff is responsible for filing joint statement
2  no less than seven (7) days prior to the conference date.  The joint statement shall comply
3  with the Standing Order for All Judges of the Northern District of California and the
4  Standing Orders of this Court.  Plaintiff is responsible for setting up the conference call,
5  and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

6  IT IS SO ORDERED.
7  Dated:  2/15/12                                   _____
                                                     SAUNDRA BROWN ARMSTRONG
8                                                    United States District Judge

**ORDER RE:  STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE            C 11-00363 SBA**

2

15948-1/MCS/DAG/958502_v1