UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK K. PORTER,<br><br>　　　　Plaintiff<br><br>v.<br><br>DALE ANN SPRINGER, an individual; BRUCE SPRINGER, an individual; SUZY PRUDDEN, an individual; DR. JIM VIGUE, an individual; DR. TOM HANSON, an individual; LYNETTE OWENS, an individual; MICHAEL GRADY, an individual; NEWREALITY LLC, a California Limited Liability Company; NEWREALITY INC., Nevada Corporation.<br><br>　　　　Defendants<br><br>And related cross-action. | No. C11-00363 SBA<br><br>**ORDER ON JOINT MOTION FOR DISMISSAL**<br><br><br>Hon. Saundra Brown Armstrong<br>Oakland Courthouse, Courtroom 1<br><br><br><br>Case Filed: January 25, 2011 |

On March 1, 2012, PATRICK K. PORTER, DR. JIM VIGUE, and DR. TOM HANSON moved this Court for an order dismissing the First Amended Complaint as against DR. JIM VIGUE, and DR. TOM HANSON, following settlement.

1     Good cause having been shown, upon the motion of the affected parties, and in accordance

2 with FRCP 41(a)(2), the First Amended Complaint as against defendants DR. JIM VIGUE, and DR.

3 TOM HANSON, is dismissed, with prejudice.

4     **IT IS SO ORDERED.**

5 Date:  3/2/12

6

7                          SAUNDRA BROWN ARMSTRONG,
                            District Judge

8                          UNITED STATES DISTRICT COURT

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24