UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK K. PORTER,<br><br>    Plaintiff<br><br>v.<br><br>DALE ANN SPRINGER, an individual; BRUCE SPRINGER, an individual; SUZY PRUDDEN, an individual; DR. JIM VIGUE, an individual; DR. TOM HANSON, an individual; LYNETTE OWENS, an individual; MICHAEL GRADY, an individual; NEWREALITY LLC, a California Limited Liability Company; NEWREALITY INC., Nevada Corporation.<br><br>    Defendants | No. C11-00363 SBA<br><br>**ORDER ON STIPULATION FOR DISMISSAL**<br><br><br>Hon. Saundra Brown Armstrong<br>Oakland Courthouse, Courtroom 1<br><br><br><br>Case Filed: January 25, 2011 |
| And related cross-action. | |

    Plaintiff PATRICK K. PORTER, and DALE ANN SPRINGER, BRUCE SPRINGER, NEWREALITY LLC, and NEW REALITY INC. entered into, and filed a stipulation as to certain facts and a joint request for dismissal of PORTER's First Amended Complaint, without prejudice.

1  Good cause having been shown, upon the stipulation of the remaining parties to the First
2 Amended Complaint, and in accordance with FRCP 41(a)(2), the First Amended Complaint is
3 dismissed, <u>without</u> prejudice.

4  **IT IS SO ORDERED.**

5 Date:  _3/27/12

*[signature: Saundra B Armstrong]*

SAUNDRA BROWN ARMSTRONG,
District Judge
UNITED STATES DISTRICT COURT