UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| PATRICK K. PORTER,<br><br>    Plaintiff,<br><br>vs.<br><br>DALE ANN SPRINGER, an individual, et al.,<br><br>    Defendants. | Case No:  C 11-00363 SBA<br><br>**ORDER OF REFERENCE** |

This action was terminated following the parties' submission of a stipulation for dismissal of all claims alleged in the First Amended Complaint.  Dkt. 66.  However, it appears that cross-claims involving the Defendants remain unresolved.  Accordingly,

IT IS HEREBY ORDERED THAT:

1. The instant action is reopened and REFERRED to the Chief Magistrate Judge or her designee for a mandatory settlement conference.

2. The telephonic Case Management Conference currently scheduled for April 5, 2012 is CONTINUED to **July 5, 2012 at 2:45 p.m.**  Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement.  Counsel for Defendants/Cross-Complainants Jim Vigue and Dr. Tom Hanson is responsible for: (1) filing a joint statement which complies with the Standing Order for All Judges of the Northern District of California and the Standing Orders of this Court no less than seven (7) days prior to the conference date, and (2) setting up the conference call, and on the specified date and time, shall call (510) 637-3559 with all parties on the line.

IT IS SO ORDERED.

Dated: April 5, 2012

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge