1
2
3
4                        UNITED STATES DISTRICT COURT

5                  FOR THE NORTHERN DISTRICT OF CALIFORNIA

6                              OAKLAND DIVISION

7

8   PATRICK K. PORTER,                     Case No:  C 11-00363 SBA

9                 Plaintiff,               **ORDER OF REFERENCE**

10           vs.

11  DALE ANN SPRINGER, an individual, et al.,

12                Defendants.

13

14          This action was terminated following the parties' submission of a stipulation for

15  dismissal of all claims alleged in the First Amended Complaint.  Dkt. 66.  However, it

16  appears that cross-claims involving the Defendants remain unresolved.  Accordingly,

17          IT IS HEREBY ORDERED THAT:

18          1.      The instant action is reopened and REFERRED to the Chief Magistrate Judge

19  or her designee for a mandatory settlement conference.

20          2.      The telephonic Case Management Conference currently scheduled for April

21  5, 2012 is CONTINUED to **July 5, 2012 at 2:45 p.m.**  Prior to the date scheduled for the

22  conference, the parties shall meet and confer and prepare a joint Case Management

23  Conference Statement.  Counsel for Defendants/Cross-Complainants Jim Vigue and Dr.

24  Tom Hanson is responsible for: (1) filing a joint statement which complies with the

25  Standing Order for All Judges of the Northern District of California and the Standing

26  Orders of this Court no less than seven (7) days prior to the conference date, and (2) setting

27  up the conference call, and on the specified date and time, shall call (510) 637-3559 with all

28  parties on the line.

1

      IT IS SO ORDERED.

2

Dated: April 5, 2012

                  _____

3

                  SAUNDRA BROWN ARMSTRONG

                  United States District Judge