UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTER, | No. C 11-00363-SBA (DMR) |
| Plaintiff(s), | **ORDER** |
| v. | |
| SPRINGER ET AL, | |
| Defendant(s). | |

The parties did not lodge their settlement conference submissions with the Court by June 26, 2012, as previously ordered. [*See* Docket No. 69.] When contacted by the court's staff, the parties orally indicated that they have resolved the case. The parties therefore are instructed to file formal notification of the settlement immediately. Until such time, the court's settlement conference order and July 6, 2012 settlement conference date shall remain in full effect.

IT IS SO ORDERED.

Dated: June 27, 2012

DONNA M. RYU
United States Magistrate Judge