UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PORTER,<br><br>        Plaintiff(s),<br><br>    v.<br><br>SPRINGER ET AL,<br><br>        Defendant(s). | No. C 11-00363-SBA   (DMR)<br><br>**ORDER VACATING SETTLEMENT CONFERENCE** |

In light of the parties' joint stipulation of settlement and dismissal, [Docket No. 71], the court hereby VACATES the July 6, 2012 settlement conference.

IT IS SO ORDERED.

Dated: July 5, 2012

_____
DONNA M. RYU
United States Magistrate Judge

*IT IS SO ORDERED*
*Judge Donna M. Ryu*