**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                     NORTHERN DISTRICT OF CALIFORNIA
10
11   PORTER,                              No. C 11-00363-SBA    (DMR)
12              Plaintiff(s),             **ORDER VACATING SETTLEMENT
                                          CONFERENCE**
13        v.
14   SPRINGER ET AL,
15              Defendant(s).
     _____/
16
17        In light of the parties' joint stipulation of settlement and dismissal, [Docket No. 71], the court
18   hereby VACATES the July 6, 2012 settlement conference.
19
20        IT IS SO ORDERED.
21
22   Dated:  July 5, 2012
23                                        _____
                                          DONNA M. RYU
24                                        United States Magistrate Judge
25
26
27
28