Kevin R. Martin, SBN 176853
**PATTON MARTIN & SULLIVAN LLP**
6600 Koll Center Parkway, Suite 250
Pleasanton, California 94566-8058
Telephone (925) 600-1800
Facsimile (925) 600-1802
email: kevin@pattonmartinsullivan.com

Attorneys for Defendants/Cross-Complainants
Dr. Jim Vigue and Dr. Tom Hanson

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PATRICK K. PORTER<br><br>        Plaintiffs,<br><br>    v.<br><br>DALE ANN SPRINGER, an individual; BRUCE SPRINGER, an individual; SUZY PRUDDEN, an individual; DR. JIM VIGUE, an individual; DR. TOM HANSON, an individual; LYNETTE OWENS, an individual; MICHAEL GRADY, an individual; NEWREALITY LLC, a California Limited Liability Company; NEWREALITY INC., Nevada Corporation<br><br>        Defendants.<br>_____<br>JIM VIGUE and DR. TOM HANSON<br><br>        Cross-Complainants,<br><br>    v.<br><br>DALE ANN SPRINGER, an individual; BRUCE SPRINGER, an individual; NEWREALITY LLC, a California Limited Liability Company; NEWREALITY INC., a Nevada Corporation,<br><br>        Cross-Defendants. | **CASE NO. 4:11-cv-00363-SBA**<br><br>**ASSIGNED FOR ALL PURPOSES TO:**<br>**HONORABLE SAUNDRA B. ARMSTRONG**<br>**COURTROOM 1, 4TH FLOOR, OAKLAND**<br><br>**ORDER OF DISMISSAL**<br><br>Complaint Filed:  01-25-11 |

[PROPOSED] ORDER OF DISMISSAL
CASE NO.  4:11-cv-00363-SBA

1   Upon the stipulation of the Parties, by their respective counsel,

2   IT IS ORDERED THAT this action, including all pending claims and counterclaims, is dismissed

3   without prejudice and each party to bear their own costs.

Date: 7/6/12

*[signature: Saundra B. Armstrong]*
United States District Court Judge